1995R02758

|  |  |  |
|---|---|---|
|  |  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 95-292(WHW) |
| FRANK LNU,<br>  a/k/a "Dusty" | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 95-292, against defendant, Frank LNU, a/k/a "Dusty," which Indictment was filed on June 13, 1995, charging the defendant with a violation of Title 21, United States Code, Section 841, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

This dismissal is without prejudice.

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*[signature]* 24 June 2008
HON. WILLIAM H. WALLS
United States District Judge