1995R02758

                                 UNITED STATES DISTRICT COURT
                                   DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 95-293 (WHW) |
| FRANK LNU,<br>a/k/a "Dusty" | : | <u>UNSEALING ORDER</u> |

      Upon application of the United States Attorney, Christopher J. Christie (Assistant U.S. Attorney Ronald D. Wigler, appearing) for an order unsealing the Indictment and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

      IT IS on this 24 day of June 2008,

      ORDERED that the Sealing Order previously entered, is no longer in effect; and it is further

      ORDERED that the Indictment and all related papers in the above-captioned matter be UNSEALED.

                                        _____
                                        HON. WILLIAM H. WALLS
                                        UNITED STATES MAGISTRATE JUDGE